**FILED**

JUN 27 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | |
| ) | 1:24 MJ 08003 |
| v. ) | CASE NO. |
| ) | Title 18, United States Code, |
| TIARRA HOPSON, ) | Section 1920 |
| ) | |
| Defendant. ) | **MAG JUDGE KNAPP** |

<u>COUNT 1</u>
(False Statement or Fraud to Obtain Federal Employees' Compensation, 18 U.S.C. § 1920)

The United States Attorney charges:

1. From in or about October 2019, through in or about July 2020, in the Northern District of Ohio, Eastern Division, Defendant TIARRA HOPSON, in connection with the application for and the receipt of compensation, moneys, and benefits under the Federal Employees' Compensation Act, subchapter I of Chapter 81 of Title 5, United States Code, did knowingly and willfully falsify, conceal, and cover up a material fact and did knowingly and willfully make a false, fictitious, and fraudulent statement and representation, to wit, TIARRA HOPSON concealed employment income she received beginning in or about October 2019 and continuing to June 2020, despite knowing at the time that the statements were false, in violation of Title 18, United States Code, Section 1920.

REBECCA C. LUTZKO
United States Attorney

By: _____
KELLY L. GALVIN
Chief, General Crimes Unit